```
                        United States Bankruptcy Court
                        Southern District of Florida
In re:                                                        Case No. 16-25538-AJC
Maricela Elizabeth Bryant                                     Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 113C-1          User: rodriguez              Page 1 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: pdf004              Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             +Maricela Elizabeth Bryant,    890 Westward Road,    Miami, FL 33166-5164
md             +Robin R. Weiner, Mediator,    Impartial Mediation, Inc,   151 North Nob Hill Road, Suite 132,
                 Plantation, FL 33324-1708
cr             +Wells Fargo Bank, N.A,    c/o Phelan Hallinan Diamond & Jones PLLC,
                 2727 West Cypress Creek Road,    Fort Lauderdale, FL 33309-1721
93821080       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
93821081      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
93821083       +Central Finl Control,    Po Box 660873,    Dallas, TX 75266-0873
93821088        Fia Cs,   PO Box 15646,    Wilmington, DE 19850
93821090       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
93821873       +Phellan Hallinan Diamon & Jones, PLLC,     2727 West Cypress Creek Road,
                 Fort Lauderdale, FL 33309-1721
93850839       +SANTANDER CONSUMER USA, INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
93821091       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
93821877       +Wells Fargo Bank,    5024 Parkway Plaza Blvd,    Charlotte, NC 28217-1962
93909048        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93821082       +E-mail/Text: bankruptcy@bbandt.com Apr 28 2017 12:12:17      Branch B&t,    Po Box 2306,
                 Wilson, NC 27894-2306
93821085       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 28 2017 12:13:36      Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
93821086       +E-mail/Text: creditonebknotifications@resurgent.com Apr 28 2017 12:11:50      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
93821087       +E-mail/Text: mrdiscen@discover.com Apr 28 2017 12:11:45      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
93821089       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2017 23:57:16      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
93821092       +E-mail/Text: bankruptcyreports@wakeassoc.com Apr 28 2017 12:13:32      Wakefield & Associates,
                 3091 S Jamaica Ct,    Aurora, CO 80014-2657
93821093       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 28 2017 12:13:21      Webbnk/fhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
93821863*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
93821864*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
93821865*      +Branch B&t,    Po Box 2306,    Wilson, NC 27894-2306
93821084*      +Central Finl Control,    Po Box 660873,    Dallas, TX 75266-0873
93821866*      +Central Finl Control,    Po Box 660873,    Dallas, TX 75266-0873
93821867*      +Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
93821868*      +Credit One Bank Na,    Po Box 98872,    Las Vegas, NV 89193-8872
93821869*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
93821870*       Fia Cs,   PO Box 15646,    Wilmington, DE 19850
93821871*      +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
93821872*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
93821874*      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
93821875*      +Wakefield & Associates,    3091 S Jamaica Ct,    Aurora, CO 80014-2657
93821876*      +Webbnk/fhut,   6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                     TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                               Signature:   /s/Joseph Speetjens

```
District/off: 113C-1          User: rodriguez              Page 2 of 2                  Date Rcvd: Apr 27, 2017
                              Form ID: pdf004              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Nancy K. Neidich     e2c8f01@ch13herkert.com,  ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo  Corona, Esq.    on behalf of Debtor Maricela Elizabeth Bryant bk@coronapa.com
              Stefan  Beuge, Esq.    on behalf of Creditor   Wells Fargo Bank, N.A
               flsd.bankruptcy@phelanhallinan.com,  Stefan.Beuge@phelanhallinan.com
                                                                                          TOTAL: 4
```



**ORDERED in the Southern District of Florida on April 26, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  CASE NO.: 16-25538-BKC-AJC
                                                                        PROCEEDING UNDER CHAPTER 13

MARICELA ELIZABETH BRYANT

DEBTOR                              /

## ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on April 25, 2017, on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

**Ordered as follows:**

1. The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2. The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3. If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

4. The following checked provision(s) also apply:

[X] This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file a proof of claim and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[ ] This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further §341 meeting will be conducted at CLAUDE PEPPER FEDERAL BUILDING, 51 SW FIRST AVENUE, ROOM 102, MIAMI, FL 33130. A new confirmation hearing is scheduled for , at at UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 7, MIAMI, FL 33128. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is . The deadline for filing claims (except for governmental units) is . Previously filed claims need not be refiled.

[ ] This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at CLAUDE PEPPER FEDERAL BUILDING, 51 SW FIRST AVENUE, ROOM 102, MIAMI, FL 33130. A new confirmation hearing is scheduled for , at at UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 7, MIAMI, FL 33128.

[ ] This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[X] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the Trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

**Prepared By:**

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806


**Submitted By:** Counsel for the debtor(s)

**Copies to:**

All parties of record by the Clerk of Court.