RE: <u>Maricela Elizabeth Bryant</u>      **PRO SE**     Case # <u>16-25538 AJC</u>

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

Tax returns: _____
Bank Account Statements ✓ 3 months pre-petition
_____
_____
___ Check copy _____
_____
___ Explain W/D _____
___ FMV(NADA/Carmax), Reg and Payoff:Vehicles _____
_____
___ FMV and Payoff: Real Estate -875
_____
___ on homestead Information Sheet (875)
___ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments  Profit & Loss  Balance Sheet
___ Bank statements and checks  3 months _____
_____
_____

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
___ co-debtor ___ stubs ___ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof
✓ D/I >100% <90% Feasibility m 21-60
___ Info on transfer SOFA ___ undisclosed
___ Tolling Agreement(s)

___ ✓ Photo ID(s)  LF 90  F67  LF10
___ Domestic Support Info: name address and phone
✓ Affidavit of Support and of Rent
___ Missing 2016(B)
___ Other provisions

___ Plan does not fund
___ Calculation errors/improper months _____
___ Valuation motion has not been filed
___ LMM/MMM motion not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
    ___ Miami-Dade County ___ Tax Certificate(DE#___)
    ___ Dept of Revenue ___ IRS
_____
___ Other: _____

___ Objection to Exemption (specifics to be filed)
    To be heard with confirmation at 1:30 pm
___ Ch 7 s/b _____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
_____
_____
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Other: <u>What is Source of Debtor's business income on Sch1 not on CMI.   Documents not timely provided</u>

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

***IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** \*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. <u>The debtor or debtor's attorney must appear at the confirmation hearing</u>* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** <u>7/10/17</u> **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027